UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES WILLIAMS,

          Movant,

– against –

UNITED STATES OF AMERICA,

          Respondent.

**ORDER**

20 Civ. 2826 (ER)

12 Cr. 626-2 (ER)

Ramos, D.J.:

    James Williams initiated this civil action on April 2, 2020, seeking to vacate or set aside his sentence pursuant to 18 U.S.C. § 2255 in his underlying criminal case, No. 12 Cr. 626-2. On November 12, 2020 the Court issued an amended judgment in Case No. 12 Cr. 626-2.

    The Clerk of Court is therefore respectfully directed to close Case No. 20 Civ. 2826 and terminate all pending motions under that case caption.

    It is SO ORDERED.

Dated:  September 30, 2021
          New York, New York

                                          EDGARDO RAMOS, U.S.D.J.